Entered: August 14th, 2024
Signed: August 13th, 2024

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT

| | |
|---|---|
| IN RE<br><br>MARTIN MYLES<br><br>     Debtor(s) | Chapter 13<br>Case NO. 23-13529-LSS |
| LAKEVIEW LOAN SERVICING, LLC<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019<br><br>     Movant<br>v.<br><br>Martin Myles<br>Tashida Lewis<br>5943 Surratts Village Ave<br>Clinton, MD 20735<br><br>     Respondent(s) | Motion No. |

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
24-000046-MD-B-4

**CONSENT ORDER MODIFYING AUTOMATIC STAY**

Upon consideration of the Movant's Motion Seeking Relief from the Automatic Stay and the parties having reached an agreement, it is by the United States Bankruptcy Court for the District of Maryland:

Page 1

**ORDERED** that the Automatic Stay be, and it is hereby, modified pursuant to 11 U.S.C. Sections 362(d) and 1301, to permit Movant to commence foreclosure proceeding against the real property and improvements with a legal description of "Lot Numbered Twenty-Four (24), (Lots 1 thru 40 and parcel A), in the subdivision known as "SURRATTS VILLAGE" as per Plat thereof recorded in Plat Book NLP 110, at Plat 62, among the land records of Prince George`s County, Maryland. ", also known as 5943 Surratts Village Drive, Clinton, MD 20735 and to allow the successful purchaser to obtain possession of same; and be it further

**ORDERED** that the above Order be and it is hereby, stayed provided that the Debtor:

1. Make a payment to the Movant of $1,738.51 (said payment represents the regular mortgage payment) by August 1, 2024 and continue thereafter to make regular monthly payments as they become due pursuant to the terms of the Promissory Note secured by the Deed of Trust on the above reference property; and

2. Within 14 days of entry of this Order file an amended/modified plan to provide for payment of the post-petition arrears of $18,121.65 which consists of 9 payments of $1,672.07 for 09/01/2023 - 05/01/2024, 2 payments of $1738.51 for 6/1/2024-7/1/2024, attorney's fees and costs of $1249.00, less suspense of $1653.00.  Movant shall file an amended proof of claim for the above arrears; and

3. All payments to the Movant should be made to:

Nationstar Mortgage LLC
Attn: Payment Processing
PO Box 619094
Dallas, TX 75261-9741

To the extent the Debtor defaults in making the above specified cure or regular payments then the Movant shall mail notice to the Debtor allowing an additional ten (10) days from the mailing of the notice to cure in certified funds and shall file an Affidavit of Default with the Court.  Attorney fees for filing each Affidavit of Default may be $100.00 with additional charges for objections and/or hearings.  If after ten (10) days from the mailing of the notice, the payment remains in arrears, Movant or its attorney shall be free to commence a foreclosure proceeding on the real property and improvements described above, without further order of court.

Upon the filing of the third such affidavit the Automatic Stay shall immediately terminate; and be it further

**ORDERED** that the terms of this Order are void upon dismissal, entry of a discharge, or conversion to Chapter 7; and be it further

**ORDERED** that the fourteen (14) day stay of Rule 4001 (a)(3) be, and it is hereby, waived and the terms of this Order are immediately enforceable; and be it further

**ORDERED** that the Automatic Stay of 11 U.S.C Section 362 be, and it hereby, shall not be reimposed as to the Debtor`s interest, by the conversion of this case to a case under

any other chapter of the Bankruptcy Code.

AGREED AND CONSENTED TO:

/s/ Mark D. Meyer                              /s/ Frank Morris, II
Mark D. Meyer, Esq.                         Frank Morris, II, Esq.
Attorney for Movant                          Attorney for Debtor

    cc.
    Mark D. Meyer, Esq.
    Rosenberg and Associates, LLC
    4340 East West Highway, Suite 600
    Bethesda, MD 20814

    Rebecca A. Herr, Trustee
    185 Admiral Cochrane Dr., Suite 240
    Annapolis, MD 21401

    Frank Morris, II
    8201 Corporate Drive, Suite 260
    Landover, MD 20785

    Martin Myles
    5943 Surratts Village Ave
    Clinton, MD 20735

    I HEREBY CERTIFY that the terms of the copy of the consent order submitted of the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

                                          /s/ Mark D. Meyer
                                          Mark D. Meyer, Esq. # 15070

**END OF ORDER**