**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISON**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **MARTN MYLES** | : | Case No. 23-13529-LSS |
| | : | (Chapter 13) |
| | : | |
| **Debtor (s)** | : | |
| | : | |

## LINE

Debtor, Martin Myles, through his undersigned counsel hereby files the attached 2nd Amended Modified Plan.

/s/ Frank Morris II
FRANK MORRIS II, ESQUIRE
8201 Corporate Drive
Suite 260
Hyattsville, MD  20785
(301)731-1000
MD Bar # 023091
Attorney for Debtor
frankmorrislaw@yahoo.com